# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRONWORKERS VACATION TRUST, CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, CALIFORNIA FIELD IRNWORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST, IRONWORKERS EMERGENCY RELIEF FUND, AND IRONWORKERS WORKERS' COMPENSATION TRUST,<br><br>    Plaintiffs,<br> v.<br><br>GALLEGOS STEEL, INC., a California corporation, JOHN RAYMOND GALLEGOS, an individual, VICTORIA ANNA GALLEGOS, an individual, and GALLEGOS REINFORCING STEEL COMPANY, a partnership of JOHN RAYMOND GALLEGOS and VICTORIA ANNA GALLEGOS,<br><br>    Defendants. | CASE NO. 2:05-cv-08492-ABC-MANx<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

1

RENEWAL OF JUDGMENT BY CLERK

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on February 27, 2007, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, California Ironworkers Field Pension Trust, California Ironworkers Field Welfare Plan, California Field Ironworkers Vacation Trust, California Field Ironworkers Apprenticeship Training and Journeyman Retraining Fund, California and Vicinity Field Ironworkers Annuity Trust Fund, California Field Ironworkers Administrative Trust, California Field Ironworkers Labor Management Cooperative Trust, Ironworkers Emergency Relief Fund, and Ironworkers Workers' Compensation Trust, shall have a Renewal of Judgment against Judgment Debtors Gallegos Steel Inc., a California corporation, John Raymond Gallegos, an individual, Victoria Anna Gallegos, an individual, and Gallegos Reinforcing Steel Company, a partnership of John Raymond Gallegos and Victoria Anna Gallegos, for $231,860.26 with all Defendants being jointly and severally liable for the entire amount of the Judgment except Gallegos Steel, Inc. only being liable for $15,076.51.

Renewal of money judgment against Gallegos Steel, Inc., a California corporation, John Raymond Gallegos, an individual, Victoria Anna Gallegos, an individual, and Gallegos Reinforcing Steel Company, a partnership of John Raymond Gallegos and Victoria Anna Gallegos:

| | | |
|---|---|---:|
| a. | Total Judgment | $142,021.43 |
| b. | Costs after Judgment | $0.00 |
| c. | Subtotal (a. and b.) | $142,021.43 |
| d. | Credits after Judgment | $0.00 |
| e. | Subtotal (d. from c.) | $142,021.43 |
| f. | Interest after Judgment | $89,348.99 |
| g. | Fee for filing renewal application | $0.00 |
| h. | Total renewed Judgment (e., f., and g.) | $231,370.42 |

RENEWAL OF JUDGMENT BY CLERK

All Judgment Debtors shall be jointly and severally liable for the entire amount of this Judgment, except that Judgment Debtor Gallegos Steel, Inc., a California corporation shall only be liable for a total of $9,234.82.  Renewal of money judgment portion against Judgment Debtor, Gallegos Steel, Inc., a California corporation:

| | | |
|---|---|---|
| a. | Total Judgment | $9,234.82 |
| b. | Costs of Judgment | $0.00 |
| c. | Subtotal (a. and b.) | $9,234.82 |
| d. | Credits after Judgment | $0.00 |
| e. | Subtotal (d. and c.) | $9,234.82 |
| f. | Interest after Judgment | $5,841.69 |
| g. | Fee for filing renewal application | $0.00 |
| h. | Total renewed Judgment (e., f., and g.) | $15,076.51 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED:  4/14/2017              Clerk, U.S. District Court
                       By    s/ J. Remigio
                              Deputy Clerk